No. 10-6801. Dino Caroselli, aka Wayne Horan, Petitioner v. New York.

562 U.S. 1071, 131 S. Ct. 664, 178 L. Ed. 2d 496, 2010 U.S. LEXIS 9364.

November 29, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

No. 10-6816. George L. Mothershed, Petitioner v. Oklahoma ex rel. Oklahoma Bar Association.

562 U.S. 1071, 131 S. Ct. 664, 178 L. Ed. 2d 496, 2010 U.S. LEXIS 9403.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 390 Fed. Appx. 779.

No. 10-6818. James Mallard, Petitioner v. Christopher Potenza, et al.

562 U.S. 1071, 131 S. Ct. 664, 178 L. Ed. 2d 496, 2010 U.S. LEXIS 9053.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 376 Fed. Appx. 132.

No. 10-6819. LaVerne Koenig, Petitioner v. North Dakota.

562 U.S. 1071, 131 S. Ct. 664, 178 L. Ed. 2d 496, 2010 U.S. LEXIS 9249.

November 29, 2010. Petition for writ of certiorari to the Supreme Court of North Dakota denied.

Same case below, 789 N.W.2d 731.

No. 10-6842. Lynford Blackwood, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.

562 U.S. 1071, 131 S. Ct. 665, 178 L. Ed. 2d 496, 2010 U.S. LEXIS 9084.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-6845. Russell Montgomery, Petitioner v. McKither Bodison, Warden.

562 U.S. 1072, 131 S. Ct. 665, 178 L. Ed. 2d 496, 2010 U.S. LEXIS 9106.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 380 Fed. Appx. 341.

No. 10-6871. George Stuart Kellner, Petitioner v. California.

562 U.S. 1072, 131 S. Ct. 666, 178 L. Ed. 2d 496, 2010 U.S. LEXIS 9103.

November 29, 2010. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

No. 10-6891. Harold Boyd, Jr., Petitioner v. J. Haynes, Superintendent, Warren Correctional Institution.

562 U.S. 1072, 131 S. Ct. 666, 178 L. Ed. 2d 496, 2010 U.S. LEXIS 9111.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 388 Fed. Appx. 259.